

**MEMO ENDORSED**

Steven C. Reingold
Phone: (617) 912-0940
Fax: (617) 723-4151
steven.reingold@saul.com
www.saul.com

May 7, 2020

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *Prasad v. Kendall et al.*
      Case No. 1:20-cv-03518

> The application is GRANTED. The Clerk of Court is respectfully directed to modify the viewing level for Docs. 1–1, 1–2, 13–1, and 13–2 to the Selected Parties viewing level, including the attorneys appearing for the parties and court personnel. Plaintiff is directed to electronically file redacted versions of these documents by Tuesday, May 12, 2020.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: May 8, 2020
> New York, New York

Your Honor:

    My firm and I represent plaintiff Neralagadde Subrahmanya Prasad in connection with the above-referenced action. Please accept this letter in lieu of a more formal motion as a request, pursuant to Rule 21.7(b) of the Electronic Case Filing Rules & Instructions, that the Court formally seal Exhibits A and B to the *Complaint for Declaratory and Mandamus Relief* [ECF Nos. 1-1 and 1-2; ECF Nos. 13-1 and 13-2] in order to remove from the public record certain of Dr. Prasad's personal identification information.

    Subsequent to the filing of the documents, it was discovered that the month, day, and year of Dr. Prasad's birth were inadvertently included in Exhibits A and B. Pursuant to ECF Rule 21.7(a), the matter was brought to the attention of the Court's ECF Help Desk, and the documents were temporarily sealed. By way of this letter, I ask on behalf of Dr. Prasad that the documents be formally sealed. If this request is granted, redacted versions of the mistaken filings will be electronically filed pursuant to ECF Rule 21.7(c).

    Thank you for your time and attention to this request.

Respectfully submitted,

/s/ Steven C. Reingold

Steven C. Reingold

373486.00002

1270 Avenue of the Americas, Suite 2005 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7209

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP