UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NERALAGADDE SUBRAHMANYA PRASAD,<br><br>        Plaintiff,<br><br>v.<br><br>SARAH KENDALL, Director of the Immigrant Investor Program Office, United States Citizenship and Immigration Services, in her official capacity, KENNETH T. CUCCINELLI, Acting Director, United States Citizenship and Immigration Services, in his official capacity, CHAD F. WOLF, Acting Secretary, United States Department of Homeland Security, in his official capacity, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | Case No. 1:20-cv-03518-ER |

## ORDER GRANTING JOINT MOTION TO STAY CASE

**THIS MATTER** having come before the Court upon the *Joint Motion to Stay Case* (the "**Motion**") filed by plaintiff Neralagadde Subrahmanya Prasad ("**Plaintiff**") and defendants Sarah Kendall, Director of the Immigrant Investor Program Office, United States Citizenship and Immigration Services, in her official capacity, Kenneth T. Cuccinelli, Acting Director, United States Citizenship and Immigration Services, in his official capacity, Chad F. Wolf, Acting Secretary, United States Department of Homeland Security, in his official capacity, United States Citizenship and Immigration Services, and United States Department of Homeland Security (collectively, "**Defendants**"); and the Court having reviewed the Motion; and the Court having

37029555_2

found after due deliberation that the relief requested in the Motion is appropriate; it is hereby

**ORDERED** that the Motion is **GRANTED** as is set forth herein; and it is further

**ORDERED** that this case be and is hereby stayed until September 1, 2020; and it is further

**ORDERED** the deadline for Defendants to answer or otherwise respond as to the Complaint is extended until September 15, 2020; and it is further

**ORDERED** that Plaintiff and Defendants shall jointly file a status report on or before September 1, 2020 in order to apprise the Court of the status of Plaintiff's *Form I-526 Immigrant Petition by Alien Entrepreneur*.

Dated: _____June 2_____, 2020

_____
Edgardo Ramos
United States District Judge